JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRCT OF CALIFORNIA

| | |
|---|---|
| CHR HOLDINGS, INC., A NEVADA CORPORATION, DBA 1ST CHOICE STAFFING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ERIK PETERSON; SECURE STAFF, INC. <br><br> Defendants | Case No.  5:16-cv-00460-PA-KK <br><br> Hon. Percy Anderson <br><br> **ORDER OF PRELIMINARY INJUNCTION  AND CONDITIONAL DISMISSAL WITH PREJUDICE** |

///
///
///
///
///
///
///
///

///

ORDER

The Court, having reviewed the Stipulation to Entry of Order of Preliminary Injunction by and between Plaintiff, CHR Holdings, Inc., dba 1st Choice Staffing ("Plaintiff") and Defendants Erik Peterson and Secure Staff, Inc. ("Defendants"), and good cause being shown,

IT IS HEREBY ORDERED that:

Defendants Erik Peterson and Secure Staff, Inc., and all persons or entities acting in concert with them, are, from the date of entry of this Order through and including February 19, 2017, enjoined: (a) from soliciting any of the employees of 1st Choice identified in Exhibit A, attached hereto, for the purposes of inducing said employees to work for Defendants and/or to leave the employment of Plaintiff; and (b) from contacting any temporary personnel staffing customer of 1st Choice identified on Exhibit B, attached hereto, for purposes of doing business with, soliciting the business of, or actually doing business with any such customer. This injunction shall issue without bond or undertaking pursuant to the voluntary stipulation of the parties and defendants' waiver of claims related to the effects of this injunction. The Parties having stipulated that Exhibits A and B are confidential, all names appearing on said exhibits shall be redacted by the Clerk when this Order is entered in the Court's public record.

IT IS FURTHER ORDERED that:

This case is dismissed in its entirety with prejudice, subject to this Court's continuing jurisdiction February 19, 2017 to enforce the preliminary injunction ordered hereby.

**IT IS SO ORDERED.**

Dated:  December  26, 2016              _____
                                        Percy Anderson, Judge of the U. S. District Court

| 1st Choice Employees |
| --- |
| Gary Karrer -1595 |
| Rosie Gonzales - 0718 |
| Jared Karrer - 0652 |
| Eileen Simpson – 6341 |
| Mari Cisneros - 9464 |
| Johanna Zamora - 9784 |
| Lupe Bojorquez – 8749 |
| Isabel Mendez - 5480 |
| Adele Rivera - 3682 |
| Miriam Gonzalez - 3762 |
| John Gutierrez - 1437 |
| Frank Grossman - 0405 |
| Carlos Valdez - 2051 |
| Angelica Contreras - 1452 |
| Ryan Grigsby - 9906 |
| Olga Rodrigues - 6683 |
| Elena Snavely - 6727 |
| Anne King - 7125 |
| Betty Raygoza - 3531 |
| Olga Guzman - 0333 |
| Osvaldo Tejada - 4470 |
| Janet Diaz - 8960 |
| Wendy Prieto - 9133 |
| Bertha Martinez - 2465 |
| Norma De Santiago - 5082 |
| Ross Gullotti - 9600 |
| Raquel Soltero - 9129 |
| Erika Rodriguez - 6015 |
| Bertha Palmerin - 3640 |
| Rick Watson - 4328 |
| Sally Montelongo - 5701 |
| Denise Moreno – 4504 |
| Maribel Garcia - 2199 |
| Douglas Larin - 6541 |
| Alexa Miranda - 0655 |
| Angelica Valencia - 3617 |

# EXHIBIT A                              *CONFIDENTIAL*

# EXHIBIT "B"

COMPANY NAME:

- ULINE
- WASTE MANAGEMENT
- WEBER LOGISTICS (RANCHO I)
- WEBER LOGISTICS (RANCHO)
- WEBER LOGISTICS (FONTANA)
- WESTERN METAL DECORATING
- 1ST CHOICE STAFFING, INC.
- 4 SIGHT LLC
- ANGELUS
- BARSEN CONSULTING
- B & D LITHO
- BEST BREAKS
- BRIDGE SHUTTERS AND MORE
- CALIB USA
- CARGO CATS, INC.
- CALICO BRANDS INC
- CALHOME INC
- CHENBRO MICOM USA
- CHARLES MEISNER, INC.
- DARAFEEV FINE FURNITURE (BP)
- DAYTON SUPERIOR
- DELL CORNING, INC
- DRIVE MEDICAL
- EDEN EQUIPMENT COMPANY
- EMPIRE INTERNATIONAL
- EXACDIRECT LLC
- FOREMOST FOODS
- GALT INTERNATIONAL
- GLOMEX
- INLAND CONCRETE PRODUCTS (ICP)


CONFIDENTIAL

COMPANY NAME:

IVAR'S CUSTOM DISPLAY'S

JITONG FREIGHT COMPANY

MAD CATZ, INC.

MICHEL DE FRANCE

NFI

OPEN DOOR PACKAGING

OPTEC DISPLAYS

OTTO INTERNATIONAL INC.

PACIFIC DUCT INC

PIERCO, INC.

RESPONSE ENVELOPE

ROYAL CABINETS

RPM

STRUCTURAL COMPOSITS IND.

SHELTON'S PREMIUM POULTRY

SIGMA

SIM-CO

SPIN PRODUCTS

STAPLES DISTRIBUTION

STAPLES DISTRIBUTION

TECH PACKAGING

THERMALRITE

TRADE UNION INTERNATIONL


CONFIDENTIAL

COMPANY NAME:

1ST CHOICE STAFFING

BORRMANN METAL CENTER

EM LOGISTICS

EXCEED

HAYDEN INDUSTRIAL PRODUCTS

ISCA TECHNOLOGIES

J-M MANUFACTURING CO, INC

KOYO COOLING SYSTEMS, INC

MERCHANTS METAL

ORCO BLENDED PRODUCTS

ON TRAC GARAGE DOOR CO

PACIFIC LINENS

PERFORMANCE REPLICAS INC

PRO MOLD, INC

STAR MILLING CO

TOP PRODUCTS

TRI-STATE LAMINATING CO


CONFIDENTIAL

**COMPANY NAME:**

- A.R.T FURNITURE
- CAL-MICRO RECYCLING
- CASTLE HILL
- CLOW VALVE
- ESSENTIAL PHARMACEUTICALS
- FLEX LOGISTICS
- GOLDEN STATE CONTAINER
- GREEN BAY PACKAGING
- HIGHLAND PLASTICS
- LAMINATIONS
- LAMO SHEEPSKIN
- LINZY TOY
- LOTUS & WINDOWARE
- M & M PRINTED BAG
- PACIFIC COAST WAREHOUSE
- ON TRAC GARAGE DOORS
- ORCO BLENDED PRODUCTS
- PETERMAN LUMBER
- PREMIER GEAR
- PRO-LINE RACING
- STANDARD TEXTILES
- TUFF STUFF
- TRI-STATE LAMINATING
- TOP LIGHTING
- PARAMOUNT RESTYLING
- KOOLFOG
- STEELCASE
- WATER CREATIONS
- PANELS+
- ANDON SPECIALTIES
- VINNOVA
- CALB USA
- CULVER INSTALLATIONS
- EUGENIO'S SHEET METAL
- WALLNER EXPAC
- JOGUE
- INNOVA DISC GOLF
- LGL
- DYNATEC
- B&F HOME



CONFIDENTIAL

## COMPANY NAME:

ELEMENTS FOOD GROUP
PACIFIC DUCT
COOPERFIT INDUSTRIES
LIPOND INTERNATIONAL
MASON'S PAINTING
YANG MING INTERNATIONAL
JJ WICKER
DSPM
GODIRECT
TRIWAYS
JR DISTRIBUTORS
SIERRA FOREST PRODUCTS
CCH PRODUCTS
OUTDOOR ENTERTAINMENT
CHI OVERHEAD
SCP DISTRIBUTORS


CONFIDENTIAL

# EXHIBIT "A"

| 1st Choice Employees |   |
|---|---|
|   |   |

**EXHIBIT A**

*CONFIDENTIAL*

# EXHIBIT "B"

COMPANY NAME:

CONFIDENTIAL

COMPANY NAME:

CONFIDENTIAL

COMPANY NAME:

CONFIDENTIAL

**COMPANY NAME:**

 CONFIDENTIAL

**COMPANY NAME:**


CONFIDENTIAL